EEOC v. EmCare, Inc

3:11-CV-2017-P

Question:

Do we have to reach a verdict (unanimous) on each charge?

Carl White   10/22/14

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 24 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Date: October 22, 2014

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 24 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Ms. White and Members of the Jury:

In response to your question, your answer to each question in the Court's charge must be unanimous.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE