EEOC v. EmCare, Inc
3:11-CV-2017-P

QUESTION -

1. We are requesting the backpay for Gloria Stokes if we find Gloria Stokes entitled.

Carla White
10/23/14



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 24 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Date: October 23, 2014

Ms. White and Members of the Jury:

In response to your question, the parties are in agreement that if you find Ms. Stokes is entitled to back pay, the back pay amount is $ 17, 288.49. The parties are not in agreement as to the amount of benefits to which Ms. Stokes may be entitled, if any. You will need to determine the amount of benefits, if any, from the evidence in the case.

                                                    JORGE A. SOLIS
                                                    UNITED STATES DISTRICT JUDGE



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 4 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy