EEOC v. EmCare, Inc.
3:11-cv-2017-P

Question -

1. We are requesting to review the written depositions of Mr. McKinney, Ms. Stokes and Ms. Thornton.

2. We are requesting the video depositions.

Carla White
10/23/14



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 24 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Date: October 23, 2014

Ms. White and Members of the Jury:

In response to your question, the depositions you request were not admitted into evidence in their entirety. You are to consider only the evidence that was admitted into evidence in court in arriving at your verdict. You can consider the portions of these depositions that were read or shown in court.

_____
JORGE A. SOLIS
PRESIDING UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 24 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy